

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY 11747

Matthew R. Capobianco
631.247.4700 main
631.247.4736 direct
mcapobianco@littler.com

January 7, 2021

**VIA ECF**

Chief Judge Roslynn R. Mauskopf, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

**Re:** *Marcellino Chumil et al v. Tu Casa #2 Restaurant Corp. et al*
Civil Action No. 20-cv-04016 (RRM)(CLP)

Dear Judge Mauskopf:

This firm represents Defendants Tu Casa #2 Restaurant Corp., William Alba Jr., William Alba Sr., Carlos "Doe", Maritza "Doe", and Rodolfo "Doe" (collectively, the "Defendants") in the above-referenced action. Defendants write with the consent of Plaintiffs' counsel to respectfully request an extension of time from January 11, 2021 to February 15, 2021 to respond to the Complaint.

Since the undersigned's appearance in November 2020, the parties have been discussing the concept of an early resolution. The additional time will allow the parties to continue to engage in meaningful settlement discussions and potentially prevent the waste of judicial resources and attorneys' fees.

Because an Initial Conference has not yet been scheduled in this matter, this request will not affect any other deadlines or appearances. This is Defendants' first request for an extension of time.

Thank you in advance for Your Honor's courtesies and attention to this matter.

Respectfully submitted,
LITTLER MENDELSON, P.C.

*/s/ Matthew R. Capobianco*

Matthew R. Capobianco

4833-0430-1014.1 088842.1004