UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARCELLINO CHUMIL and JOSE CHUMIL, *individually and on behalf of others similarly situated*,

                Plaintiffs,

-against-

TU CASA #2 RESTAURANT CORP. (D/B/A TU CASA RESTAURANT), WILLIAM ALBA SR., WILLIAM ALBA JR., MARITZA DOE, CARLOS DOE, and RODOLFO DOE,

                Defendants.

Case No. 20-CV-04016 (RRM)(CLP)

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that:

    (a)    the Parties' settlement of claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); and

    (b)    the above-captioned action is dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party, except as provided for in the parties' settlement agreement; and

    (c)    the Court shall retain jurisdiction of this matter for the sole purposes of enforcing the parties' settlement.

**MICHAEL FAILLACE & ASSOCIATES, P.C.**    **LITTLER MENDELSON, P.C.**

By: */s Clela Errington*  
Clela Errington  
60 East 42nd Street, Suite 4510  
New York, New York 10165

By: *Matthew R. Capobianco*  
Matthew R. Capobianco  
290 Broadhollow Road, Suite 305  
Melville, New York 11747

Dated: __May 6__, 2021

Dated: __May 3__, 2021

**SO ORDERED:**

_____
U.S. District Court Judge

_____
Dated